**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMAR EVANS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 06-1890 AWI LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS AND REMAND ACTION** |

**BACKGROUND**

On December 27, 2006, pro se plaintiff Jamar Evans ("plaintiff") filed his notice to remove to this Court his Fresno County Superior Court action, entitled *Jamar Evans v. Department of Fair Employment & Housing*, Case No. 05 CE CG 01873 MWS ("state action"). Like here, plaintiff is the plaintiff in the state action and similarly names the California Department of Fair Employment & Housing as defendant. Plaintiff appears to seek removal to this Court after unfavorable rulings by the Fresno County Superior Court and California Court of Appeal, Fifth District.

The magistrate judge issued January 3, 2007 findings and recommendations to dismiss and to remand this action on grounds that plaintiff wrongly removed the state court action to this Court. Plaintiff filed no timely objections to the findings and recommendations.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. After

evaluating the record, this Court finds the magistrate judge's January 3, 2007 findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's January 3, 2007 findings and recommendations;
2. DISMISSES and REMANDS this action to the Fresno County Superior Court; and
3. DIRECTS this Court's clerk to take necessary action to remand this action to the Fresno County Superior Court and to close this action.

IT IS SO ORDERED.

**Dated:    February 2, 2007**                             **/s/ Anthony W. Ishii**
0m8i78                                                                    UNITED STATES DISTRICT JUDGE